JS-6

# United States District Court
# Central District of California

GEORGETA BELDIMAN, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

v.

UNIVERSAL HOSPITAL SERVICES, INC.; and DOES 1 through 100, inclusive,

Defendants.

Case № 2:18-cv-06791-ODW (FFM)

**ORDER OF DISMISSAL**

The Court, having considered Plaintiff Georgeta Beldiman's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (ECF No. 17), hereby **DISMISSES** Plaintiff's Complaint in the above-entitled action. Accordingly, Defendant's Motion to Dismiss (ECF No. 9) and Plaintiff's Motion to Remand (ECF No. 15) are hereby **DENIED** as moot.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 13, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**